

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2022

No. 04-22-00045-CV

**IN THE INTEREST OF J.B.P. AKA J.B.S., J.J.M., AND J.R.P.**, Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02425
Honorable Martha Tanner, Judge Presiding

## O R D E R

In this accelerated appeal, the reporter's record was due on January 31, 2022. On the due date, court reporter Karen M. Kane filed a notification of late record requesting additional time to prepare the reporter's record exhibits volume.

The request is GRANTED. The reporter's record is due on February 10, 2022. *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court